IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

WILLIAM C. H,
    Plaintiff,

v.                                                 Civil No. 3:21cv105 (DJN)

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,
    Defendant.

## FINAL ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge entered on July 5, 2022 (ECF No. 24). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1)     The Report and Recommendation of the Magistrate Judge (Dk. No. 24) is ACCEPTED and ADOPTED as the OPINION of the Court.

(2)     Plaintiff's Motion for Summary Judgment (Dk. No. 21) is DENIED.

(3)     Defendant's Motion for Summary Judgment (Dk. No. 23) is GRANTED.

(4)     The decision of the Commissioner is AFFIRMED.

(5)     This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

                                                        ____/s/_____
                                                        David J. Novak
                                                       United States District Judge

Richmond, Virginia
Date: July 20, 2022